E-FILED
Monday, 20 August, 2007 05:32:24 PM
Clerk, U.S. District Court, ILCD

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EARL SIDNEY DAVIS  )
_____ )
Plaintiff )
)
vs. )   Case No. 07-3227
)
EUGENE MCADORY )
TARRY WILLIAMS )   **FILED**
CYNTHIA DOUGHERTY )
_____ )   AUG 2 0 2007
Defendant(s) )
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

[X]    42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ]    28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ]    Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, __EARL SIDNEY DAVIS__, and states as follows:

My current address is: __DEPARTMENT OF HUMAN SERVICES, R.R. 1, Box 6A RUSHVILLE, ILLINOIS 62681__

The defendant __EUGENE MCADORY__, is employed as __PUBLIC SERVICES ADMINISTRATOR__ at __D.H.S. R.R.1, Box 6A RUSHVILLE, IL. 62681__

The defendant __TARRY WILLIAMS__, is employed as __ASSISTANT INTERNAL INVESTIGATOR__ at __D.H.S. R.R.1, Box 6A RUSHVILLE, IL. 62681__

The defendant __CYNTHIA DOUGHERTY__, is employed as __SECURITY THERAPY AID STA II (SERGEANT)__ at __D.H.S. R.R.1, Box 6A RUSHVILLE, IL. 62681__

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____
Additional defendants and addresses _____
_____
_____
_____
_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____
_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes ☒    No ☐

C. If your answer to B is yes, how many? __4__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

     Plaintiff(s) __EARL DAVIS__

     Defendant(s) __TIMOTHY BUDZ__

  2. Court (if federal court, give name of district; if state court, give name of county)
     __NORTHERN DISTRICT - CHICAGO ILLINOIS__

  3. Docket Number/Judge __99 C 3739 - JUDGE COAR__

2

4. Basic claim made __DOUBLE CELLING SEX OFFENDERS__

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) __DISMISSED BY MY REQUEST.__

6. Approximate date of filing of lawsuit __AUGUST 1999__

7. Approximate date of disposition __SEPTEMBER 1999__

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

1. PARTIES TO PREVIOUS LAWSUIT:
   PLAINTIFF    EARL DAVIS
   DEFENDANT    TIMOTHY BUDZ
2. COURT (IF FEDERAL COURT, GIVE NAME OF DISTRICT; IF STATE COURT GIVE NAME COUNTY)
   NORTHERN DISTRICT CHICAGO ILLINOIS
3. DOCKET NUMBER / JUDGE    99 C 4013 JUDGE COAR
4. BASIC CLAIM MADE    CONDITIONS OF CONFINEMENT PUNITIVE
5. DISPOSITION (THAT IS, HOW DID THE CASE END. WAS IT DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?) DISMISSED BY MY REQUEST
6. APPROXIMATE DATE OF FILING LAWSUIT    SEPTEMBER 1999
7. APPROXIMATE DATE OF DISPOSITION    NOVEMBER 1999

1. PARTIES TO PREVIOUS LAWSUIT:
   PLAINTIFF    EARL DAVIS
   DEFENDANT    DAVE BIERMAN et. all.
2. COURT (IF FEDERAL COURT, GIVE NAME OF DISTRICT; IF STATE GIVE NAME OF COUNTY)
   NORTHERN DISTRICT CHICAGO ILLINOIS.
3. DOCKET NUMBER / JUDGE    01 C 6658 JUDGE COAR
4. BASIC CLAIM MADE    TAKING OF LEGAL MATERIAL
5. DISPOSITION (THAT IS, HOW DID THE CASE END. WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?) DISMISSED SUMMARY JUDGMENT
6. APPROXIMATE DATE OF FILING OF LAWSUIT    JULY 2001
7. APPROXIMATE DATE OF DISPOSITION    AUGUST 2003

3-A

1. Parties to privious lawsuit:
   Plaintiff  EARL DAVIS
   Defendant  HOWARD PETERS III et. all
2. Court (If Federal Court give name of district; If State Court give name of County)
   NORTHERN DISTRICT, CHICAGO ILLINOIS
3. Docket number/Judge  99 C 3009 - Judge, REBECCA R. PALLMEYER
4. Basic claim made  CONDITIONS OF CONFINEMENT UNDER THE DUE PROCESS CLAUSE, and under THE EQUAL PROTECTION CLAUSE.
5. Disposition (That is, how did the case end. Was it dismissed? Was it appealed? Is it still pending?)  BENCH TRIAL STARTED JUNE 18, 2007 AND ENDED ON JUNE 26, 2007 WAITING FOR RULING.
6. Approximate date of filing lawsuit  JUNE 1999
7. Approximate date of disposition  STILL PENDING

3-B

## STATEMENT OF CLAIM

Place of the occurrence __DEPARTMENT HUMAN SERVICES    RUSHVILLE ILLINOIS__

Date of the occurrence __SEPTEMBER 26, 2006__

Witnesses to the occurrence __JAROME JACOBS, TERRENCE GALBA, RON DUNN, DAVID MACKEL__

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1.) ON SEPTEMBER 26, 2006 I WAS TAKING A SHOWER IN STALL(C), AS I WAS RINSING THE SHAMPOO OUT OF MY HAIR, SOME ONE YELLED THROUG THE SHOWER DOOR WINDOW "WHO IS IN THE SHOWER"? I ANSWERED DAVIS WHAT IM IN HERE, THE CURTIAN WAS PULLED OFF THE SHOWER DOOR WINDOW, I WENT TO THE SHOWER DOOR, AND RECONIZED PUBLIC SERVICE ADMINISTRATOR EUGENE MCADORY HE YELLED "THE NEXT TIME I ASK YOU YOUR NAME YOU BETTER IMMEDIATELY SAY YOUR NAME"! I ANSWERED I did SAY MY NAME DAVIS. P.S.A MCADORY YELLED ILL COME IN THERE AND BEAT YOUR ASS AND DRAG YOU OUT OF THERE! HE STARTED TO OPEN SHOWER DOOR, BUT INSTED KNOCKED MY COAT HANGER, ROBE, TOWEL TO THE FLOOR, AND "YELLED GO TO YOUR ROOM, DRY OFF, GET DRESSED IM LOCKING YOU UP!"

2.) STA11 CYNTHIA DOUGHERTY WAS BLOCKING MY CELL DOOR, AND SAID, GO BACK TO THE SHOWER DRY OFF! I SAID P.S.A MCADORY IS A HIGHER RANK THAN A SERGEANT, I WILL COMPLY WITH HIS ORDER. I WENT IN MY CELL DRIED OFF, DRESSED; IN FRONT OF MY CELL NOW WAS 3-CAPTAINS, 5-STA1'S, INTERNAL INVESTIGATOR TARRY WILLIAMS, AND 2-SERGEANTS, I CAME OUT OF MY CELL, STA11 DOUGHERTY GRABED MY RIGHT ARM PULLING IT BEHIND MY

4

BACK AND CLAMPING THE HAND CUFF DOWN ON MY ALREADY PERMANENTLY DAMAGED RIGHT WRIST THEN ON MY LEFT WRIST, THEN ALL (11) STAFF SURROUNDED ME, STA 11 DOUGHERTY GRABBED UPPER PART OF MY RIGHT ARM PULLING UPWARD CAUSING ME SEVERE PAIN IN MY RIGHT WRIST, MY HANDS CUFFED BEHIND ME.

3) TARRY WILLIAMS PULLED HIS CAN OF MACE HALF WAY OUT OF IT'S HOLDER LOOKED AROUND, REALIZING RESIDENTS WERE WATCHING HIM, HE PUT THE MACE BACK IN HOLDER. THEN ALL (11) D.H.S. STAFF TOOK ME TO SEGREGATION, TARRY WILLIAMS TOLD CONTROL STAFF TO "LOCK HIM UP!" STA 11 DOUGHERTY GAVE THE CONTROL STAFF THE ORDER THAT "DAVIS DOES NOT GET ANY THING." NO D.H.S. STAFF EVER TOLD ME WHY I WAS BEING LOCKED UP IN SEGREGATION; THAT NIGHT AT 8 P.M. I WAS MOVED TO CELL 3-8 THIS CELL WAS OVER RUN WITH SPIDERS ON WALLS, CEILING, FLOOR, ON AND UNDER BED. I SPENT 2 HOURS KILLING SPIDERS. THE TOILET, SINK, FLOOR AND WALL BY TOILET WAS COVERED IN DRY STINKING URINE, I WAS DENIED MY ASTHMA INHALER FOR OVER 12 HOURS, I WAS DENIED ALL ATTORNEY CALLS, I REQUESTED OVER 20, I WAS DENIED ALL HYGIENES FOR OVER 12 HOURS, I WAS DENIED CLEAN CLOTHES, WASH CLOTH, TOWEL ETC. OVER 36 HOURS, I WAS DENIED MY EYE GLASSES OVER 12 HOURS, DENIED SHOWER 36 HR.

P.S.A. EUGENE MCADORY THREATENED ME WITH GREAT BODILY HARM BY THREATING TO COME IN THE SHOWER AND ME NAKED AND BEAT MY ASS AND DRAG ME OUT OF THERE, AND P.S.A MCADORY COMMITTED AN INDECENT ACT TOWARD ME BY EXPOSING MY NAKED BODY TO A UNIT FULL OF SEX OFFENDERS.

5

THE ACTIONS OF PUBLIC SERVICE ADMINISTRATOR EUGENE MCADORY ASSISTANT INTERNAL INVESTIGATOR TARRY WILLIAMS AND STA II CYNTHIA DOUGHERTY IS CAUSING ME UNWARRANTED STRESS AND IN GREAT FEAR OF BEING KILLED BY EUGENE MCADORY, TARRY WILLIAMS AND CYNTHIA DOUGHERTY.

I FILED A GRIEVANCE ON OCTOBER 8, 2006 AND DID NOT RECEIVE ANY ANSWER, I FILED A COMPLAINT TO SECRETARY OF D.H.S CAROL L. ADAMS ON OCTOBER 10, 2006 AND DID NOT RECEIVE ANY ANSWER. I ALSO SENT A COPY OF COMPLAINT TO DR. LORRIE R. JONES OFFICE OF MENTAL HEALTH SPRINGFIELD, NO RESPONSE

AFTER MANY MONTHS AND NO ANSWER TO MY GRIEVANCE I INQUIRED I WAS TOLD BY GRIEVANCE EXAMINER THAT SHE NEVER RECEIVED MY GRIEVANCE. OF OCTOBER 8, 2006

1. DEFENDANT EUGENE MCADORY IS SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY.
2. DEFENDANT TARRY WILLIAMS IS SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY.
3. DEFENDANT CYNTHIA DOUGHERTY IS SUED IN HER OFFICIAL AND INDIVIDUAL CAPACITY.

5A

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

WHEREFORE EARL S. DAVIS RESPECFULLY REQUEST THAT THIS COURT:

(1) ENTER A JUDGMENT AGAINST THE DEFENDANTS AND IN FAVOR OF THE PLAINTIFF FOR DAMAGES IN AN AMOUNT TO BE PROVEN AT TRIAL.

(2) ENTER SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS JUST AND EQUITABLE.

**JURY DEMAND**   Yes [X]   No [ ]

Signed this __15__ day of __August__, 20__07__.

_Earl Sidney Davis_
(Signature of Plaintiff)

| Name of Plaintiff: EARL SIDNEY DAVIS | Inmate Identification Number: 580049 |
| --- | --- |
| Address: R.R. 1, Box 6A, Rushville, IL. 62681 | Telephone Number: |

6

RUSHVILLE
D.H.S./T.D.F
EXHIBIT A



**State of Illinois**
**Department of Human Services**

# TDF Resident Grievance

| | | | |
|---|---|---|---|
| Name of Resident: EARL S. DAVIS | ID #: 580049 | Date of Incident Occurrence: SEPTEMBER 26, 2006 | Unit: C-1 |
| Date Received: | | Grievance #: | |

Nature of Grievance

☐ Personal Property  ☐ Staff Conduct  ☐ Mail Handling  ☐ Meals  ☐ Medical  ☒ Other  (Specify): VIOLATION CONSTITUTIONAL RIGHTS

☐ Disciplinary Report:  Report Date: _____
(Attach copy of Notice of Appearance Before The Behavior Committee and Behavior Committee Decision.)

Use only this form to give a BRIEF Summary of Grievance:

ON SEPTEMBER 26, 2006 APPROX: 8:50 AM I STARTED TO TAKE MY SHOWER IN SHOWER (C) AS I WAS RINSING THE SHAMPOO OUT OF MY HAIR, SOMEONE YELLED THROUGH THE SHOWER DOOR WINDOW, WHO IS IN THE SHOWER? I ANSWERED DAVIS WHAT, I'M IN HERE. THE SHOWER CURTIAN WAS PULLED OFF THE SHOWER ROOM DOOR WINDOW [WITH ALL THE STEAM IN THE SHOWER, AS VENTS DO NOT WORK] ALL I COULD SEE WAS PART OF A BLACK FACE, I WENT UP TO THE SHOWER DOOR I THEN RECONIZED PUBLIC SERVICE ADMINISTRATOR EUGENE MCADORY, AND HE WAS YELLING AT ME, "THE NEXT TIME I ASK YOU YOUR NAME YOU BETTER IMMEDIATELY SAY YOUR NAME!" I SAID I DID SAY MY NAME DAVIS. THEN P.S.A. EUGENE MCADORY YELLED "I'LL COME IN THERE AND BEAT YOUR ASS AND DRAG YOU OUT OF THERE!" HE THEN STARTED TO OPEN THE SHOWER DOOR, BUT INSTED RAISED HIS HAND UP AND KNOCKED MY COAT HANGER - BATH ROBE AND TOWEL ONTO THE FLOOR OF THE SHOWER IN THE WATER, OTHER RESIDENTS HAIR AND WHATEVER GERMS THAT WERE ON THE FLOOR, P.S.A. EUGENE MCADORY THEN "GO TO YOUR ROOM DRY OFF, GET DRESSED I'M LOCKING YOU UP!"

I SHOOK OFF MY ROBE PUT IT ON, PICKED MY WET TOWEL UP OFF THE FLOOR AND WENT TO MY CELL, IN FRONT OF MY CELL WAS STA II CYNTHIA DOUGHERTY, SHE WAS BLOCKING MY CELL DOOR AND SAID GO BACK TO THE SHOWER AND DRY OFF! I SAID P.S.A. MCADORY IS A HIGHER RANK THAN A SERGEANT, I WILL COMPLY WITH THE PUBLIC SERVICE ADMINISTRATOR'S ORDER, STA II C. DOUGHERTY WAS TRYING TO GET ME TO DISOBEY A P.S.A ORDER, AND DRY OFF ON A WET, UNSANITARY TOWEL, THEN

~~Relief Requested:~~

CONTINUE ON PAGE (2)

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreperable harm to self.

Resident Signature: Earl S. Davis    Date: OCTOBER 8, 2006

IL462-5001 (R-6-06)    Distribution: Master File; Resident    Page 1 of 2

GRIEVANCE                                                           page 2 of 4

STA II C. DOUGHERTY SAID "THATS MY ORDER AND YOU WILL OBEY IT"!

I WENT IN MY CELL AND DRIED OFF ON A CLEAN TOWEL, GOT DRESSED, INFRONT OF MY CELL (NOW) WAS 3-CAPTAINS, AND 5-STA I's AND INTERNAL INVESTIGATOR TARRY WILLIAMS AND 2-SERGEANTS, I CAME OUT OF MY CELL (C1-2) AND STA II C. DOUGHERTY GRABBED MY RIGHT ARM PULLING IT BEHIND MY BACK AND CLAMPING DOWN THE HANDCUFF ON MY ALREADY PERMANENTLY DAMAGED RIGHT WRIST, THEN CLAMPING DOWN ON MY LEFT WRIST WHICH IS ALSO DAMAGED.

THE D.H.S./T.D.F. STAFF SURROUNDED ME AS IF THEY WERE GOING TO ATTACK ME, AND INTERNAL INVESTIGATOR TARRY WILLIAMS PULLED HIS CAN OF MACE HALF WAY OUT OF ITS HOLDER ON BELT THEN LOOKED AROUND REALIZED THAT RESIDENTS WERE WATCHING HIM OUT OF THE CELL DOOR WINDOWS, HE THEN PUT HIS MACE BACK IN ITS HOLDER (I WAS ALREADY HANDCUFFED BEHIND MY BACK WHEN TARRY WILLIAMS STARTED TO MACE ME)

STA II C. DOUGHERTY GRABBED THE UPPER PART OF MY RIGHT ARM PULLING UPWARD CAUSING SEVERE PAIN IN RIGHT WRIST, AND ALL OF THESE STAFF TOOK ME TO SEGREGATION, TARRY WILLIAMS TOLD THE CONTROL STAFF "LOCK HIM UP"! STA II C. DOUGHERTY GAVE THE CONTROL STAFF THE ORDER - "DAVIS DOES NOT GET ANYTHING"!

NEVER ONCE WAS I TOLD WHY I WAS BEING LOCKED UP IN SEGREGATION! RESIDENT QUIGEL IN SEGREGATION CELL ACROSS FROM MY CELL TOLD ME HE GOT INTO A FIGHT WHILE I WAS IN THE SHOWER AND I DID NOT KNOW ANYTHING HAPPENED.

(CONTINUE PAGE(3))

GRIEVANCE

AT APPROX: 8 PM. ON 9-26-06 I WAS MOVED FROM THAT SEGREGATION CELL TO SEGREGATION CELL (3-8)  THIS SEGREGATION CELL 3-8 WAS OVER RUN WITH SPIDERS OF MANY KINDS ON AND UNDER THE BED SPIDERS AND EGG CASES SOME HAD HACHED SOME HAD NOT, SPIDERS WERE ALL OVER THE WALLS, THE FLOOR, UNDER THE SINK, ON THE INSIDE OF THE CELL DOOR, SPIDER EGG CASES WERE HANGING FROM THE CEILING IN THE CORNERS OF WALLS, I SPENT APPROX 2 HR KILLING SPIDERS AND FLUSHING EGG CASES, I TOLD 2 STA1's OF THIS AND BOTH SAID I JUST DON'T KNOW WHAT TO TELL YOU.

THE TOILET WAS COVERED WITH DRY STINKING URINE AND THE SINK, FLOOR, AND WALL ABOVE AND BELOW THE VENT WAS ALSO COVERED WITH DRY STINKING URINE; UNSANITARY AND A HEALTH RISK:

A.) I WAS DENIED MY ASTHMA INHALER FOR OVER 12 HOURS.
B.) I WAS DENIED ALL ATTORNEY CALLS (I REQUESTED OVER 20)
C.) I WAS DENIED MY EYE GLASSES FOR OVER 12 HOURS.
D.) I WAS DENIED ALL MY HYGIENES FOR OVER 36 HOURS
E.) I WAS DENIED CLEAN CLOTHES, WASH CLOTH, TOWEL, SOAP. ETC. FOR OVER 36 HOURS.
F.) I WAS DENIED A SHOWER FOR OVER 36 HOURS.

1.) PUBLIC SERVICE ADMINISTRATOR EUGENE MCADORY THREATENED ME WITH GREAT BODILY HARM BY THREATING TO COME INTO THE SHOWER WHILE I WAS NAKED AND BEAT MY ASS AND DRAG ME OUT OF THE SHOWER.

2.) P.S.A. EUGENE MCADORY COMMITTED AN INDECENT ACT TOWARD ME

GRIEVANCE

By exposing my naked body to the residents of C-1 unit, who were watching him through their cell door windows (These residents are sex offenders.)

3.) The actions of P.S.A Eugene McAdory, Internal Investigator Tarry Williams, and STA II Cynthia Dougherty, is causing me unwarranted stress, and in great fear of being killed by Eugene McAdory, Tarry Williams and Cynthia Dougherty.

Placement of prisoner in Administrative Segregation without prior hearing violates his Constitutional Rights of Due Process of Law and Equal Protection of the Law; under the Fourteenth Amendment.

RELIEF REQUESTED: That an investigation be held from the Springfield office. (A REAL INVESTIGATION) And that action be taken on these staff.

C.C. File/Family
Attorney. Mr. Everett J. Cygal  Schiff Hardin
Attorney. Mr. Joshua D. Lee  Schiff Hardin
Attorney. Mr. Benjamin S. Wolf  A.C.L.U.
Attorney. Mr. John M. Delaney Jr.
    Honorable Judge James J. Hackett