E-FILED
Monday, 20 August, 2007 05:35:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

__EARL Sidney Davis__           )
_____         )
                                )
         Plaintiff,             )
                                )
   vs.                          )   Case No. __07-3227__
                                )   (Supplied by Clerk)
__Eugene McAdory / Tarry__      )
__Williams / Cynthia Dougherty__)
                                )
         Defendant(s).          )

FILED
AUG 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PETITION AND AFFIDAVIT FOR LEAVE
TO PROCEED IN FORMA PAUPERIS

I, __EARL Sidney Davis__, plaintiff or petitioner, move the court for leave to proceed in forma pauperis in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single ___ Married ___ Separated ___ Divorced _X_

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
Yes ( )    No (X)

B. If so, by whom, what is your position, and what is your pay? _____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions? __MAY 1989 $500, per month - THE East St. Louis Stock yards, in East St. Louis Illinois__

1

D. Have you received money from any other source, including judgments, in the last 12 months?
Yes ( )  No (X)   If yes, describe each source and state how much you received.
_____
_____

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? _____ 19¢

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.
_____
_____
_____

G. How much money do you have in private checking or saving accounts? NONE

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (X)

If yes, describe the property and its approximate value: _____
_____
_____

I. Do you have any debts or obligations?
Yes ( ) No (X)

If yes, list the amount owed, to whom, and any current payments that you are making.
_____
_____

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.
I HAVE NOT HAD ANY MONEY IN OVER 5 YEARS, MOST OF MY FAMILY HAVE PASSED AWAY, I do NOT RECEIVE ANY MONEY FROM ANY WHERE!

2

K. Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.

_____N/A_____

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Earl Sidney Davis*
SIGNATURE

JULY 30, 2007
DATE

CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _19¢_____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

_[signature]_____
(Authorized Officer)

_DHS-TDF_____
(Institution)

_Account Tech I_____
(Title)

DATE _8-2-07_____

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)

4

```
REPORT ID: QATF421A                          TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                              PAGE:   1085
DATE PRODUCED: 10/03/2006                              AS OF 09/30/2006                           * INDICATES MONEY ON HOLD
                                                                                                    DOCUMENTS LISTED IN
                                                                                                    ORDER OF ENTRY

DEPT: 462  FAC: 41 SVP TREATMENT & DETENTIO                 FUND: 1143

ACCT. NO./      DOC       TRAN    DOC         DR           CR         DR           CR           SOURCE/
CHECK           DATE      CODE    NUMBER      AMOUNT       AMOUNT     BALANCE      BALANCE      DESCRIPTION        PURPOSE

DAVIS,          EARL                   580049
200 R01         06/30/2006  BEGIN QTLY BAL                                          .00   BEGINNING BALANCE
200 R01         09/30/2006  END QTLY BAL                                            .00   ENDING BALANCE

DAVIS,          EARL                   580049
200 001         06/30/2006  BEGIN QTLY BAL                              .19               BEGINNING BALANCE
200 001         09/30/2006  END QTLY BAL                                .19               ENDING BALANCE

DAVIS,          EARL                   580049
200 005         06/30/2006  BEGIN QTLY BAL                                          .00   BEGINNING BALANCE
200 005         09/30/2006  END QTLY BAL                                            .00   ENDING BALANCE

DAVIS,          EARL                   580049                                       .19   RECIPIENTS TOTAL END BAL
```

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT

DMH0002-X - 12/92

```
REPORT ID: QATF421A                    TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                        PAGE:   1137
DATE PRODUCED: 07/04/2006                         AS OF 06/30/2006                    * INDICATES MONEY ON HOLD
                                                                                        DOCUMENTS LISTED IN
DEPT. 462  FAC: 41 SVP TREATMENT & DETENTIO      FUND: 1143                             ORDER OF ENTRY

ACCT.NO/         DOC     TRAN   DOC          DR         CR         DR         CR                       SOURCE/
 CHECK           DATE    CODE   NUMBER     AMOUNT     AMOUNT     BALANCE    BALANCE    DESCRIPTION     PURPOSE

DAVIS,           EARL           580049
200 R01   03/31/2006 BEGIN QTLY BAL                              .00                   BEGINNING BALANCE
200 R01   06/30/2006 END QTLY BAL                                .00                   ENDING BALANCE

DAVIS,           EARL           580049
200 001   03/31/2006 BEGIN QTLY BAL                    .19       .19                   BEGINNING BALANCE
200 001   06/30/2006 END QTLY BAL                      .19       .19                   ENDING BALANCE

DAVIS,           EARL           580049
200 005   03/31/2006 BEGIN QTLY BAL                              .00                   BEGINNING BALANCE
200 005   06/30/2006 END QTLY BAL                                .00                   ENDING BALANCE

DAVIS,           EARL           580049                                      .19        RECIPIENTS TOTAL END BAL
```

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT

```
REPORT ID: QATF421A                      TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                              PAGE: 1065
DATE PRODUCED: 07/03/2007                         AS OF 06/30/2007
                                                                                            * INDICATES MONEY ON HOLD
DEPT. 462  FAC. 41 TREATMENT & DETENTION FA      FUND: 1143                                   DOCUMENTS LISTED IN
                                                                                              ORDER OF ENTRY

ACCT NO/   DDC      TRAN   DOC         DR         CR         DR        CR                             SOURCE/
CHECK      DATE     CODE   NUMBER      AMOUNT     AMOUNT     BALANCE   BALANCE    DESCRIPTION         PURPOSE

DAVIS,     EARL                                                                                        
200 R01    03/31/2007              580049                              .00    BEGINNING BALANCE
200 R01    06/30/2007              580049                              .00    ENDING BALANCE

DAVIS,     EARL                                                                                        
200 001    03/31/2007              580049                              .19    BEGINNING BALANCE
200 001    06/30/2007              580049                    .19       .19    ENDING BALANCE

DAVIS,     EARL                                                                                        
200 005    03/31/2007              580049                              .00    BEGINNING BALANCE
200 005    06/30/2007              580049                              .00    ENDING BALANCE

DAVIS,     EARL                              580049                    .19    RECIPIENTS TOTAL END BAL.
```

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT

DMH002-X - 12/92

```
REPORT ID: QATF421A                           TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                          PAGE:  1165
DATE PRODUCED: 04/03/2007                              AS OF 03/31/2007

DEPT.: 462  FAC. 41 TREATMENT & DETENTION FA         FUND: 1143                    * INDICATES MONEY ON HOLD
                                                                                     DOCUMENTS LISTED IN
                                                                                     ORDER OF ENTRY

ACCT. NO./     DOC.      TRAN.   DOC.       DR.          CR.        DR.        CR.                     SOURCE/
CHECK          DATE      CODE    NUMBER     AMOUNT       AMOUNT     BALANCE    BALANCE   DESCRIPTION   PURPOSE

DAVIS          EARL                580049
200 R01      12/31/2006  BEGIN QTLY BAL                                          .00    BEGINNING BALANCE
200 R01      03/31/2007  END QTLY BAL                                            .00    ENDING BALANCE

DAVIS          EARL                580049
200 001      12/31/2006  BEGIN QTLY BAL                           .19                   BEGINNING BALANCE
200 001      03/31/2007  END QTLY BAL                             .19                   ENDING BALANCE

DAVIS          EARL                580049
200 005      12/31/2006  BEGIN QTLY BAL                                     .00         BEGINNING BALANCE
200 005      03/31/2007  END QTLY BAL                                       .00         ENDING BALANCE

DAVIS          EARL                580049                                   .19         RECIPIENTS TOTAL END BAL

SOURCE/PURPOSE LEGEND:
CL-CLOTHING  CM-COMMISSIONARY  CA-CIVIL SERVICE ANNUITY  IT-INTEREST  MI-MISCELLANEOUS  PN-PERSONAL NEEDS  RB-REIMBURSEMENTS  RR-RAILROAD
SS-SOCIAL SECURITY  SI-SUPPLEMENTAL SS  TG-TAX GRANT  VA-VETERANS  WC-WORKSHOP
TRAN CODES: TF-TRANSFER  DR-DEBIT  CR-CREDIT  RE-RECEIPT  DB-DISBURSEMENTS  DM-DEBIT
```

DMH002-X - 12/92