August 18, 2007

Mr. John M. Waters
Clerk of Court
Central District of Illinois

Clerk Waters

I need to explain the situation here at Rushville D.H.S.

I am not a prisoner of IL. Department of Corrections, my prison sentence was maxed out on 9-10-98, I am being held in the Department of Human Services Treatment and Detention Facility under the Sexually Violent Persons Committment Act.

Here at Rushville D.H.S./T.D.F we do not have a law library or law books (some residents have law books of their own) we do not have a paralegal or law clerk, and no resident is allowed to help or be helped concering legal work.

Clerk Waters, I am sending an extra copy of my 1983 complaint, please stamp file and return to me for my files.

Thank you for your time and assistance in this matter.

Respectfully
Earl Sidney Davis

Earl Sidney Davis
Department of Human Services
R.R.1, Box 6A
Rushville, Illinois 62681