# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **EARL SIDNEY DAVIS,** ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | **AD TESTIFICANDUM** |
| ) | |
| vs ) | |
| ) | **CASE NO. 07-3227** |
| **EUGENE MCADORY, et al.,** ) | |
| Defendants ) | |

**TO: THE WARDEN of** IDHS, Treatment & Detention Facility at Rushville, Illinois.

    **WE COMMAND** that you produce the body of **EARL SIDNEY DAVIS**, Register No. **580049**, who is in your custody at IDHS, Treatment & Detention Facility, before the United States District Court on **Tuesday, September 11, 2007, at 9:30 a.m., or as soon thereafter as the court reaches the case,** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

    DATED:  August 27, 2007

                                              JOHN M. WATERS, CLERK
                                              UNITED STATES DISTRICT COURT

                                              BY:   s/ C. Cathcart
                                                     Deputy Clerk