# United States District Court

— CENTRAL DISTRICT OF ILLINOIS —

## SUMMONS IN A CIVIL CASE

**EARL SIDNEY DAVIS**

     vs.                                          Case Number: **07-3227**

**EUGENE MCADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY**

TO: Cynthia Dougherty
    c/o Patrick Knepler
    DHS, Division of Mental Health
    319 East Madison, Suite 3B
    Springfield, Illinois  62701

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**Earl Sidney Davis
580049
Illinois Department of Human Services
Treatment & Detention Facility
R. R. 1, Box 6A
Rushville, Illinois  62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

October 5, 2007

                                      s/ John M. Waters
                                  JOHN M. WATERS, CLERK

                                      s/ C. Cathcart
                                  BY:  DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] **Served personally upon the defendant. Placed where served:** _____

[ ] **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
    **Name of person with whom the summons and complaint were left:** _____

[ ] **Returned unexecuted:** _____

[ ] **Other** *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
            *Date*                    *Signature of Server*

                                    _____
                                    *Address of Server*