E-FILED
Wednesday, 12 December, 2007 12:26:30 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **EARL SIDNEY DAVIS,**  )  <br> Plaintiff  )  <br> )  <br> vs  )  <br> )  <br> **EUGENE MCADORY, et al.,**  )  <br> Defendants  ) | **WRIT OF HABEAS CORPUS** <br> **AD TESTIFICANDUM** <br><br> **CASE NO. 07-3227** |

**TO: THE WARDEN of** IDHS, Treatment & Detention Facility at Rushville, Illinois

      **WE COMMAND** that you produce the body of **EARL SIDNEY DAVIS**, Register No. **580049**, who is in your custody at the Illinois Department of Human Services, Treatment and Detention Facility, before the United States District Court on **Wednesday, December 19, 2007, at 1:30 p.m., or as soon thereafter as the court reaches the case,** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: December 12, 2007

                                          JOHN M. WATERS, CLERK
                                          UNITED STATES DISTRICT COURT

                                          BY:   s/ C. Cathcart
                                                 Deputy Clerk