IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EARL SIDNEY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 07-3227 |
| ) | |
| EUGENE McADORY, TARRY ) | |
| WILLIAMS, CYNTHIA DOUGHERTY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants, CYNTHIA DOUGHERTY, EUGENE McADORY, and TARRY WILLIAMS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby answer Plaintiff's Complaint as follows:

**LITIGATION HISTORY**

Defendants admit that plaintiff has made statements concerning previous lawsuits but lack sufficient knowledge or information to either admit or deny whether Plaintiff's statements are accurate and complete.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Defendants deny that Plaintiff has received a final decision from the Program Administrator concerning Plaintiff's grievance(s) complaining about the events of September 26, 2006.

**STATEMENT OF CLAIM**

1.      Defendants admit that, on September 26, 2006, Plaintiff was placed in special management status for disobeying a direct order during the course of an emergency security situation.  Defendants deny that Plaintiff complied with all orders.  Defendant McAdory denies

yelling, "I'll come in there and beat your ass and drag you out of there." Defendants deny that Plaintiff's constitutional rights were violated. Defendants lack sufficient knowledge or information to form a belief as to the remaining allegations contained in paragraph 1.

2. Defendants deny that Plaintiff complied with all orders. Defendants deny that force was used against Plaintiff maliciously and sadistically for the purpose of causing harm. Defendants deny that they were deliberately indifferent to Plaintiff's serious medical needs. Defendants lack sufficient knowledge or information to form a belief as to the remaining allegations contained in paragraph 2.

3. Defendants admit that, on September 26, 2006, Plaintiff was placed in special management status for disobeying a direct order during the course of an emergency security situation. Defendants admit that a grievance examiner informed Plaintiff that she had not received a grievance from Plaintiff in which he complained of the events of September 26, 2006. Defendants deny that Plaintiff complied with all orders. Defendants deny that Plaintiff was deprived of needed medical attention. Defendants deny that Plaintiff was placed in a cell that was "over run with spiders" and that was covered in urine. Defendant Williams denies that he removed his can of mace from its holder. Defendant McAdory denies that he threatened Plaintiff with great bodily harm. Defendants deny that Plaintiff's constitutional rights were violated. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 3.

## RELIEF REQUESTED

A. Defendants deny that Plaintiff is entitled to compensatory damages.

B. Defendants deny that Plaintiff is entitled to punitive damages.

C. Defendants deny that Plaintiff is entitled to any relief.

## **AFFIRMATIVE DEFENSES**

1.  At all times relevant to Plaintiff's claims, Defendants acted in good faith in the performance of their official duties without violating Plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

Respectfully submitted,

EUGENE McADORY, TARRY WILLIAMS,
and CYNTHIA DOUGHERTY,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 07-3227 ) |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 18, 2007, I electronically filed Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

EARL SIDNEY DAVIS, #580049
Treatment & Detention Facility
R. R. #1, P. O. Box 6A
Rushville, IL   62681

    Respectfully submitted,

    s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: mlanzdorf@atg.state.il.us