*ORIGINAL*    **E-FILED**
Thursday, 20 December, 2007  11:36:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

EARL SIDNEY DAVIS )
   PLAINTIFF )
    )
   VS, )    No. 07-3227
EUGENE MCADORY )
TARRY WILLIAMS )
CYNTHIA DOUGHERTY )
   DEFENDANTS )
    )

**FILED**

DEC 1 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MOTION FOR APPOINTMENT OF COUNSEL.

1. I EARL SIDNEY DAVIS, DECLARE THAT I AM THE
PLAINTIFF IN THE ABOVE-ENTITLED CASE. I FURTHER
STATE THAT I AM UNABLE TO AFFORD THE SERVICES OF
AN ATTORNEY. I HEREBY REQUEST THE COURT TO APPOINT
COUNSEL TO REPRESENT ME IN THIS CASE.

2. IN SUPPORT OF MY MOTION, I DECLARE THAT I HAVE MADE
THE FOLLOWING ATTEMPTS TO RETAIN COUNSEL TO REPRESENT ME
IN THIS LAWSUIT. AND IN EACH ATTEMPT TO RETAIN COUNSEL
I AGREED TO ENTER INTO A CONTRACT AGREEMENT WITH
THE ATTORNEY WHO COULD REPRESENT ME IN THIS LAWSUIT.
A. CHICAGO LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW.
B. PRAIRIA STATE LEGAL SERVICES INC. PEORIA CO. PRO BONO PLAN.
C. LAND OF LINCOLN LEGAL ASSISTANCE FOUNDATION, SPRINGFIELD.
D. EVERETT J. CYGAL, SCHIFF HARDIN, CHICAGO

E. XANE COUNTY PRO BONO PROGRAM . BATAVIA ILLINOIS.

F. LAKE COUNTY BAR FOUNDATION, VOLUNTEER LAWYERS PROGRAM, WAUKEGAN

G. MACARTHER JUSTICE CENTER - JEAN MACLEAN SNYDER.

H. WEST CENTRAL ILLINOIS LEGAL ASSISTANCE - GALESBURG IL.

3. IN FURTHER SUPPORT OF MY MOTION, I DECLARE THAT I
AM NOT CURRENTLY REPRESENTED AND HAVE NOT EVER BEEN
REPRESENTED BY AN ATTORNEY APPOINTED BY THIS COURT IN
THIS LAWSUIT OR ANY OTHER CIVIL OR CRIMINAL PROCEEDINGS
BEFORE THIS COURT.

4. IN FURTHER SUPPORT OF MY MOTION I DECLARE THAT, PLAINTIFFS
PETITION TO PROCEED IN FORMA PAUPERIS WAS GRANTED BY
THIS COURT ON SEPTEMBER 13, 2007

I DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.

Earl Sidney Davis
DEPARTMENT HUMAN SERVICES
DATE: DECEMBER 16, 2007          TREATMENT AND DETENTION FACILITY
R.R. 1, BOX 6A
RUSHVILLE, ILLINOIS 62681

( 2 )