February 6, 2008

John M. Waters, Clerk
U.S. District Court
Central District of Illinois
151 U.S. Courthouse
600 East Monroe Street
Springfield, Illinois 62701

Case No: 07-CV-3227

Davis v. McAdory et al

FILED
FEB 0 8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk Waters

On December 19, 2007 at 1:30 pm had a telephone conference with Judge Harold A. Baker in which I was informed that in 2 weeks I would receive a copy of the management order.

My reason for writing you today is that I have not received any material from U.S. District Court and I felt I should inquiry as to if it had been mailed. As I am having some problems with incoming legal mail, as I was written to Madison County Circuit Court 1-10-08 and informed that legal material had been mailed to me on 11-27-07 which I have not received yet.

Clerk Waters I know you are busy and I do apologize for the extra time. I am worried whether or not it had been mailed to me.

I thank you for your time.

Earl Sidney Davis 580049
R.R. 1, Box 6A
Rushville, Illinois 62681
Dept. Human Services,
Treatment and Detention Facility

Respectfully
Earl Sidney Davis 580049