E-FILED
Wednesday, 12 March, 2008 08:39:37 AM
Clerk, U.S. District Court, ILCD
FILED
MAR 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARCH 7, 2008

Pamela E. Robinson, Clerk
U.S. District Court
600 East Monroe - Room 151
Springfield, Illinois 62701

RE: Davis -vs- McAdory et.al.
CASE NO: 07-CV-3227

Dear Clerk Robinson

Please allow me to explain my reason for writing this letter.

On December 19, 2007 at 1:30 pm, I had a telephone conference with Judge Harold A. Baker, and I was informed that in (2) weeks I would be receiving a copy of the management order, but as of today I have not received this management order.

On February 6, 2008 I wrote to Mr. John M Waters whom I assumed was still clerk at that point in time, I received no answer.

My reason for writing is that I have been having some problems with incoming mail (legal mail), as I was taken to Madison County Court Circuit Court on January 10, 2008 and informed that legal material had been mailed to me on November 27, 2007, which I still have not received.

Clerk Robinson I realize you are busy, and I do apologize for taking up your time, but I am worried as to whether or not the management order

MARCH 7, 2008

HAD BEEN MAILED TO ME, AS I HAVE NOT RECEIVED THE MANAGEMENT ORDER AS OF THIS DATE 3-7-08

THANK YOU FOR YOUR TIME IN THIS MATTER I do APPRECIATE IT.

EARL SIDNEY DAVIS 580049
DEPARTMENT OF HUMAN SERVICES
TREATMENT AND DETENTION FACILITY
R.R. 1, BOX 6A
RUSHVILLE, ILLINOIS 62681

RESPECTFULLY
Earl Sidney Davis 580049