E-FILED
Friday, 16 May, 2008 09:56:12 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 1 5 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In The
United States District Court
Central District of Illinois
Springfield Division

Earl Sidney Davis )
    Plaintiff ) Case No. 07-3227
  -vs- )
Eugene McAdory et. al. )
    Defendants

## Motion For Appointment of Counsel.

1. I Earl Sidney Davis declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit. And in each attempt to retain counsel I agreed to enter into a contract agreement with the attorney who could represent me in this lawsuit.

A. Chicago Lawyers Committee For Civil Rights Under Law.

B. PARIRIA STATE LEGAL SERVICES INC. PEORIA CO. PRO BONO PLAN.
C. LAND OF LINCOLN LEGAL ASSISTANCE FOUNDATION, SPRINGFIELD
D. EVERETT J. CYGAL, SCHIFF HARDIN LLP - CHICAGO.
E. KANE COUNTY PRO BONO PROGRAM - BATAVIA ILLINOIS.
F. LAKE COUNTY BAR FOUNDATION VOLUNTEER LAWYERS PROGRAM WAUKEGAN
G. MACARTHER JUSTICE CENTER - JEAN MACLEAN SNYDER.
H. WEST CENTRAL ILLINOIS LEGAL ASSISTANCE - GALESBURG IL.
I. THE CHICAGO BAR ASSOCIATION
J. ILLINOIS BAR CENTER
K. BRIAN L. POLINSKE, POLINSKE AND ASSOCIATES, P.C.

3. IN FURTHER SUPPORT OF MY MOTION, I DECLARE THAT I AM NOT CURRENTLY REPRESENTED AND HAVE NOT EVER BEEN REPRESENTED BY AN ATTORNEY APPOINTED BY THIS COURT IN THIS LAWSUIT OR ANY OTHER CIVIL OR CRIMINAL PROCEEDINGS BEFORE THIS COURT.

4. IN FURTHER SUPPORT OF MY MOTION I DECLARE THAT PLAINTIFF'S PETITION TO PROCEED IN FORMA PAUPERIS WAS GRANTED BY THIS COURT ON SEPTEMBER 13, 2007.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: MAY 6, 2008

*Earl Sidney Davis*
EARL SIDNEY DAVIS
D.H.S./T.D.F
R.R. 1, BOX 6A
RUSHVILLE, ILLINOIS 62681

(2)

MAY 6, 2008

1 OF 1

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS, 62701



RE: CASE NO: 07-3227

DEAR CLERK.

   FIRST ALLOW ME TO APOLOGIZE FOR A MOTION THAT I FILED, OR THAT WAS FILED ON DEC. 19, 2007 ON YELLOW PAPER. AT THE TIME I DIDNOT KNOW THAT I COULDN'T USE YELLOW PAPER. I APOLOGIZE FOR MY MISTAKE.

   I AM RESUBMITTING MY MOTION FOR APPOINTMENT OF COUNSEL, ON WHITE PAPER.

                THANK YOU FOR YOUR TIME

                              RESPECTFULLY
                              *Earl Sidney Davis*

EARL SIDNEY DAVIS
D.H.S./T.D.F
R.R.1, BOX 6A
RUSHVILLE, ILLINOIS 62681