E-FILED
Wednesday, 04 June, 2008  04:08:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 07-3227 |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) ) ) ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES the Defendant, EUGENE McADORY, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of 30 days, up to and including July 4, 2008, in which to respond to Plaintiff's First Request for Admissions. In support of this motion, Defendant states as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named defendant in this cause.

2. Defendant's response to Plaintiff's First Request for Admissions, Interrogatory, and Document Request (collectively, "Discovery Requests") is due on June 4, 2008.

3. The undersigned is in the process of preparing a response to Plaintiff's Discovery Requests, but requires additional time to review the requests along with Defendant and compile responsive materials.

4. The undersigned requests an additional 30 days in order to prepare a complete and accurate response.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing appropriate responses.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests an additional 30 days, up to and including July 4, 2008, within which to respond to Plaintiff's Discovery Requests.

>Respectfully submitted,
>
>EUGENE McADORY,
>
>>Defendant,
>
>LISA MADIGAN, Attorney General,
>State of Illinois,
>
>>Attorney for Defendant,
>
>s/Michael J. Lanzdorf
>Michael J. Lanzdorf, #6286675
>Assistant Attorney General
>500 South Second Street
>Springfield, IL   62706
>Phone: (217) 782-9056
>Fax: (217) 782 -8767
>E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3227 |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 4, 2008, I electronically filed Defendant's Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

EARL SIDNEY DAVIS, #580049
Treatment & Detention Facility
R. R. #1, P. O. Box 6A
Rushville, IL   62681

    Respectfully submitted,

s/Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: mlanzdorf@atg.state.il.us