IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 07-3227 |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendant, CYNTHIA DOUGHERTY, by and through her attorney, Lisa Madigan, Attorney General of the State of Illinois, and moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of 21 days, up to and including July 7, 2008, in which to respond to Plaintiff's First Request for Admissions.  In support of this motion, Defendant states as follows:

1.  The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named defendant in this cause.

2.  Defendant's response to Plaintiff's First Request for Admissions, Interrogatory, and Document Request (collectively, "Discovery Requests") is due on June 16, 2008.

3.  The undersigned is in the process of preparing a response to Plaintiff's Discovery Requests, but requires additional time to review the requests along with Defendant and compile responsive materials.

4.  The undersigned requests an additional 21 days in order to prepare a complete and accurate response.

5.  This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing appropriate responses.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests an additional 21 days, up to and including July 7, 2008, within which to respond to Plaintiff's Discovery Requests.

    Respectfully submitted,

    CYNTHIA DOUGHERTY,

        Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendant,

    s/Michael J. Lanzdorf
    Michael J. Lanzdorf, #6286675
    Assistant Attorney General
    500 South Second Street
    Springfield, IL   62706
    Phone: (217) 782-9056
    Fax: (217) 782 -8767
    E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| EARL SIDNEY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3227 |
| | ) | |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2008, I electronically filed Defendant's Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

EARL SIDNEY DAVIS, #580049
Treatment & Detention Facility
R. R. #1, P. O. Box 6A
Rushville, IL   62681


                                  Respectfully submitted,


                                  s/Michael J. Lanzdorf
                                  Michael J. Lanzdorf, #6286675
                                  Assistant Attorney General
                                  500 South Second Street
                                  Springfield, IL   62706
                                  Phone: (217) 782-9056
                                  Fax: (217) 782-8767
                                  E-Mail: mlanzdorf@atg.state.il.us