IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3227 |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

NOW COME Defendants, CYNTHIA DOUGHERTY, EUGENE McADORY, and TARRY WILLIAMS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time, up to and including July 30, 2008, in which to respond to: (i) Plaintiff's First Request for Admissions upon Defendant Tarry Williams; (ii) Plaintiff's First Request for Admissions upon Defendant Cynthia Dougherty; and (iii) Plaintiff's First Request for Admissions upon Defendant Eugene A. McAdory.  In support of this motion, Defendants state as follows:

1.      The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named Defendants in this cause.

2.      On June 4, 2008, Defendant McAdory requested an enlargement of time, up to and including July 4, 2008, in which to respond to Plaintiff's First Request for Admissions upon Defendant Eugene A. McAdory.  (Ct. Doc. #18.)

1

3. On June 16, 2008, Defendant Dougherty requested an enlargement of time, up to and including July 7, 2008, in which to respond to Plaintiff's First Request for Admissions upon Defendant Cynthia Dougherty. (Ct. Doc. #19.)

4. Defendant Williams' response to Plaintiff's First Request for Admissions upon Defendant Tarry Williams is due on or about July 9, 2008.

5. The undersigned is awaiting materials which have been requested of the record office at the Rushville Treatment & Detention Facility. These requested materials are necessary to assist the undersigned and the Defendants in responding to Plaintiff's various discovery requests. The undersigned is in the process of preparing a response to Plaintiff's discovery requests, but requires additional time to review the requests along with Defendants, and to compile responsive materials.

6. The undersigned requests an enlargement of time, up to and including July 30, 2008, in order to prepare complete and accurate responses.

7. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing appropriate responses. The undersigned does not anticipate the need to request further enlargements in order to properly respond to: (i) Plaintiff's First Request for Admissions upon Defendant Tarry Williams; (ii) Plaintiff's First Request for Admissions upon Defendant Cynthia Dougherty; and (iii) Plaintiff's First Request for Admissions upon Defendant Eugene A. McAdory.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request an enlargement of time, up to and including July 30, 2008, within which to respond to the discovery requests identified above.

> Respectfully submitted,
>
> CYNTHIA DOUGHERTY, EUGENE
> McADORY, and TARRY WILLIAMS,
>
> > Defendants,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
>
> > Attorney for Defendants,
>
>    s/Michael J. Lanzdorf
> Michael J. Lanzdorf, #6286675
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL   62706
> Phone: (217) 782-9056
> Fax: (217) 782 -8767
> E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 07-3227 |
| | ) |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2008, I electronically filed Defendants' Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

EARL SIDNEY DAVIS, #580049
Treatment & Detention Facility
R. R. #1, P. O. Box 6A
Rushville, IL   62681

                                                          Respectfully submitted,

                                                          s/Michael J. Lanzdorf
                                                    Michael J. Lanzdorf, #6286675
                                                    Assistant Attorney General
                                                    500 South Second Street
                                                    Springfield, IL   62706
                                                    Phone: (217) 782-9056
                                                    Fax: (217) 782 -8767
                                                    E-Mail: mlanzdorf@atg.state.il.us