**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 07-3227 |
| | ) |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendant, EUGENE McADORY, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an additional enlargement of time of 21 days, up to and including August 15, 2008, in which to respond to Plaintiff's First Request for Production of Documents. In support of this motion, Defendant states as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named defendant in this cause.

2. Defendant's response to Plaintiff's First Request for Production of Documents is currently due on July 25, 2008.

3. The undersigned is in the process of preparing a response to Plaintiff's Request for Production, but requires additional time to prepare the responsive materials.

4. In addition, the undersigned attorney has been out of the office for all or part of July 22 through July 25, 2008, due to illness.

5. The undersigned requests an additional 21 days in order to prepare a complete and accurate response.

6.     This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing appropriate responses.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests an additional 21 days, up to and including August 15, 2008, within which to respond to Plaintiff's First Request for Production of Documents.

                                        Respectfully submitted,

                                        EUGENE McADORY,

                                            Defendant,

                                        LISA MADIGAN, Attorney General,
                                        State of Illinois,

                                          Attorney for Defendant,

                                       s/Michael J. Lanzdorf
                                       Michael J. Lanzdorf, #6286675
                                       Assistant Attorney General
                                       500 South Second Street
                                       Springfield, IL   62706
                                       Phone: (217) 782-9056
                                       Fax: (217) 782 -8767
                                       E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| EARL SIDNEY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3227 |
| | ) | |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2008, I electronically filed Defendant Eugene McAdory's Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

EARL SIDNEY DAVIS, #580049
Treatment & Detention Facility
R. R. #1, P. O. Box 6A
Rushville, IL   62681

                                                                                 Respectfully submitted,

                                                                                 s/Michael J. Lanzdorf
                                                         Michael J. Lanzdorf, #6286675
                                                        Assistant Attorney General
                                                        500 South Second Street
                                                        Springfield, IL   62706
                                                        Phone: (217) 782-9056
                                                        Fax: (217) 782 -8767
                                                        E-Mail: mlanzdorf@atg.state.il.us