IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 07-3227 |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) |
| Defendants. | ) |

### MOTION FOR ENLARGEMENT OF TIME

NOW COME the Defendants, EUGENE McADORY and CYNTHIA DOUGHERTY, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time, up to and including August 29, 2008, within which to respond to Plaintiff's First Request for Production of Documents to each named Defendant. In support of this motion, Defendants state as follows:

1.  The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named defendants in this cause.

2.  Defendant McAdory's response to Plaintiff's First Request for Production of Documents was due on July 25, 2008; Defendant Dougherty's response to Plaintiff's First Request for Production of Documents is due on August 18, 2008.

3.  Defendant McAdory moved for an enlargement of time, up to and including August 15, 2008, on July 25, 2008. (Ct. Doc. #21.)

4.  Both of the named Defendants have already responded individually to Plaintiff's separate First Request for Admissions. Along with Defendants' responses to Plaintiff's First Request for Admissions, Defendants produced a considerable amount of documents, much

of which are also responsive to Plaintiff's First Request for Production of Documents to each named Defendant herein. The undersigned is in the process of preparing responses to each of Plaintiff's Requests for Production, but requires additional time to compile and review the additional responsive materials.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing appropriate responses.

WHEREFORE, for the above and foregoing reasons, Defendants McAdory and Dougherty respectfully request additional time, up to and including August 29, 2008, within which to respond to each of the Plaintiff's First Requests for Production of Documents propounded to them.

Respectfully submitted,

EUGENE McADORY and CYNTHIA DOUGHERTY,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| EARL SIDNEY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 07-3227 |
| | ) |
| EUGENE McADORY, TARRY WILLIAMS, CYNTHIA DOUGHERTY, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 14, 2008, I electronically filed Defendants Eugene McAdory and Cynthia Dougherty's Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

EARL SIDNEY DAVIS, #580049
Treatment & Detention Facility
R. R. #1, P. O. Box 6A
Rushville, IL 62681

    Respectfully submitted,

    s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us